NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANGEL VAZQUEZ-FLORES,**

*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2013-7012

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 05-0355, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

Angel Vazquez-Flores moves to voluntarily withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

ANGEL VAZQUEZ-FLORES V. SHINSEKI                                    2

    (2)  Each side shall bear its own costs.

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

ISSUED AS A MANDATE:  August 7, 2013

s21